**FILED**
August 23, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>               Plaintiff,                      )<br>v.                                                      )<br>                                                         )<br>DONALD WILLIAM FRIED,          )<br>                                                         )<br>               Defendant.                  ) | Case No. CR.S-11-0275-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DONALD WILLIAM FRIED, Case No. CR.S-11-0275-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

   _X_ Co-Signed Unsecured Appearance Bond

   ___ Secured Appearance Bond

   _X_ (Other) Conditions as stated on the record.

   _X_ (Other) Unsecured bond paperwork to be filed by 08/24/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 08-23-11 at 3:32 p/m.

By _____
Edmund F. Brennan
United States Magistrate Judge