1   DAN KOUKOL
    Attorney at Law
2   State Bar No. 122526
    11930 Heritage Oak Place, Suite 6
3   Auburn, California 95603
    Telephone: (530) 823-5400
4   Facsimile: (530) 852-0150
    Email: dkoukol@placergroup.com
5
    Attorney for Defendant,
6   **DONALD FRIED**

7
                    **IN THE UNITED STATES DISTRICT COURT**
8                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,              CASE NO. 2:11-CR-00275 JAM

11          Plaintiff,                     STIPULATION AND  ORDER

12      vs.                                DATE: August 12, 2014
                                           TIME: 9:30 AM
13  DONALD FRIED,                          JUDGE: Hon. John A. Mendez

14          Defendant.

15

16          It is hereby stipulated and agreed to between the United States of America through Jason

17  Hitt, Assistant U.S. Attorney, and defendant Donald William Fried, by and through his attorney,

18  Dan Koukol, that the sentencing hearing of August 12, 2014 be vacated and that a sentencing

19  hearing be set for September 9, 2014 at 9:30 AM.

20          / /

21          / /

22          / /

23          / /

24          / /

25          / /

                                      -1-

1          This continuance is being requested because counsel will be in a jury trial from August 5,

2    2014 through August 26, 2014 in case number 2:12-CR-00003 LKK.

3     

DATED: AUGUST 8, 2014        Respectfully submitted,

4     

5                                 /s/ DAN KOUKOL

6                                 DAN KOUKOL
                             Attorney for defendant Donald Fried

7     

8     

DATED: AUGUST 8, 2014        Respectfully submitted,

9     

10                                 /s/ DAN KOUKOL FOR JASON HITT

11                                 JASON HITT
                             Assistant U.S. Attorney

12     

13    **IT IS SO ORDERED,** that the sentencing hearing in the above-entitled matter, scheduled for
August 12, 2014, be vacated and the matter continued to September 9, 2014 at 9:30 AM for

14    sentencing.

15    DATED: 8/8/2014

16     

17                      /s/ John A. Mendez_____
                  JOHN A. MENDEZ

18                      United States District Judge

19

20

21

22

23

24

25