IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00275 JAM |
| Plaintiff, | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| vs. | |
| DONALD FRIED, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, DONALD FRIED, Case No. 2:11-CR-00275 JAM from custody.

DATED: 9-10-2014

John A. Mendez
United States District Court Judge

-1-